IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JOHN SCHAFFERMAN, | § | |
| | § | No. 360, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, in and for |
| | § | New Castle County |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1210020297 |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: December 7, 2015
Decided: December 11, 2015

## **ORDER**

This 11th day of December 2015, it appears to the Court that on November 17, 2015, the Clerk of the Court issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his opening brief and appendix in this matter. The appellant did not respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice